United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 25-14900-amc
Harold A. Farrow, Jr | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jan 15, 2026      Form ID: pdf900      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Harold A. Farrow, Jr, 422 Wellesley Rd, Philadelphia, PA 19119-2907 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 16 2026 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2026 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Jan 16 2026 00:33:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| 15078926 | | Email/Text: megan.harper@phila.gov | Jan 16 2026 00:33:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15078918 | | Email/Text: megan.harper@phila.gov | Jan 16 2026 00:33:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15078917 | | Email/Text: megan.harper@phila.gov | Jan 16 2026 00:33:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F Kennedy Blvd Rm 580, Philadelphia, PA 19102-1640 |
| 15081497 | | Email/Text: megan.harper@phila.gov | Jan 16 2026 00:33:00 | City of Philadelphia Water Revenue Bureau, c/o Pamela Elchert Thurmond, 1401 John F Kennedy Blvd 5th fl, Philadelphia, PA 19102-1595 |
| 15078919 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 16 2026 00:33:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 15078920 | ^ | MEBN | Jan 16 2026 00:30:21 | Diversified Adjustment Services, Inc, Attn: Bankrupcty, PO Box 32145, Fridley, MN 55432-0145 |
| 15078921 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2026 00:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15078922 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 16 2026 00:33:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15078924 | ^ | MEBN | Jan 16 2026 00:30:22 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 15, 2026 | Form ID: pdf900 | Total Noticed: 15 |

| 15078923 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2026 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15078925 | Email/Text: bankruptcy@philapark.org | Jan 16 2026 00:33:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Harold A. Farrow Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

Form OL241 (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Harold A. Farrow Jr  )  Case No. 25−14900−amc
     )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated December 30, 2025, this case is hereby DISMISSED.

**Date: January 15, 2026**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities